COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-156-CV

TCAP CORPORATION F/K/A        APPELLANT

TRANSAMERICAN CAPITAL 

CORPORATION

V.

GEORGE GERVIN 
 APPELLEE

 
 

----------

FROM THE 16TH
 DISTRICT COURT OF  DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.  

DELIVERED:  June 25, 2009 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.